# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MURRY, an individual,<br><br>Plaintiff,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendants, | Case No.: 8:22-cv-02004-JVS-JDE<br><br>*Assigned to District Judge: James V. Selna*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, with the Court retaining jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: July 17, 2024          By:_____

Hon. James V. Selna,
United States District Judge

2
ORDER OF DISMISSAL